Case 1:22-mj-00175-RMM   Document 1-1   Filed 08/05/22   Page 1 of 2

Case: 22-mj-175
Assigned To : Magistrate Judge Meriweather
Assign. Date : 8/5/2022
Description: Complaint with Arrest Warrant

## STATEMENT OF FACTS

On August 3, 2022, at approximately 1645 hours, members of the Metropolitan Police Department ("MPD") Seventh District Crime Suppression Team ("CST") were in full uniform, operating marked scout cars, and participating in a combined CST initiative to combat crime within the First, Sixth, and Seventh Districts of Washington, D.C. MPD Officers Drake, Little, Sgt. Weiss, and your affiant were conducting interdiction in the 200 block of L Street, SW.

Officers Drake and Little were attempting to make contact with a white in color Ford vehicle parked in an alley behind a building on the 200 block of L Street, SW. Sgt. Weiss and your affiant responded to assist with the contact due to the number of occupants in the vehicle. As Officer Drake exited his vehicle to make contact with the white Ford, officers simultaneously observed a white in color Mercedes Benz (bearing Washington, DC registration FS7144) quickly attempting to exit the alley. The windows of the Mercedes Benz were heavily tinted. Officers conducted a traffic stop of the heavily tinted vehicle to advise the driver, JOSEPH THOMAS, of the traffic violation.

Due to the heavy tint on the vehicle and the inability to see into the vehicle for officers' safety, officers asked THOMAS and the front seat passenger, Person-1, to exit the vehicle. Officers stood at the driver's side door while advising THOMAS of the traffic infraction and while doing so, observed in plain view from outside the vehicle a firearm protruding from underneath the driver's seat. Officers immediately voiced the predetermined code word for the presence of a firearm. THOMAS and Person-1 were placed in handcuffs without further incident.

Officers photographed the firearm and then recovered it from underneath the seat. The firearm was a Glock 27 .40 caliber bearing serial number BKWY281, with one round in the chamber and 19 rounds inserted into a 22 round capacity magazine. A WALES/NCIC check was conducted for the serial number, which revealed that the firearm was stolen from Prince George's County (Maryland) on 02/23/2022 (OCA#21-0051849).

Officers conducted a probable cause search of the vehicle and recovered the following items: 771 blue suspected oxycodone pills (center console); 14.9 grams of a white rock like substance (center console); 50 rounds of .45 caliber ammunition (trunk); 50 rounds of .40 caliber ammunition (trunk); 50 rounds of 9mm caliber ammunition (trunk); 40 rounds of .223 caliber ammunition (trunk); and 40 rounds of 7.62 caliber ammunition (trunk). A portion of the white rock like substance was field tested and was positive for the presence of cocaine base. Search incident to arrest of THOMAS's person was conducted in the First District's cell block and yielded 35 blue bags and 6 clear bags from THOMAS's groin area, containing 17.1 grams of a white rock like substance. A portion of the white rock like substance was field tested and was positive for the presence of cocaine base.

THOMAS previously pleaded guilty to Obstruction of Justice (Due Administration) in violation of 22 D.C. Code 722(a)(6) in D.C. Superior Court Case 2013 CF2 01454 and, in 2014, was sentenced to 60 months (5 years) of incarceration, of which 36 months (3 years) were suspended. Therefore, THOMAS would have been aware at the time of his arrest in this case that he had a prior conviction for a crime punishable by more than one year.

There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearms and ammunition in this case would have traveled in interstate commerce prior to being recovered in the District of Columbia.

Based on the foregoing, your affiant respectfully submits that probable cause exists to charge JOSEPH THOMAS with possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

Your affiant further submits that probable cause exists to charge JOSEPH THOMAS with using, carrying, and possessing a firearm during a drug trafficking offense, in violation of Title 18, United States Code, Section 924(c)(1); and unlawful possession of a firearm and ammunition by a person convicted of a crime punishable by imprisonment of a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

_____
Officer Morgan Smiley
D.C. Metropolitan Police Department

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1. by telephone, this 5th day of August, 2022.*

_____
ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE