AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Joseph Anthony Thomas | ) Case No. |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Joseph Anthony Thomas__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 924(c) (Using, Carrying, and Possessing a Firearm in Connection with Drug Trafficking Offense);
21 U.S.C. §§ 841(a) and 841(b)(1)(C) (Possession with Intent to Distribute Cocaine Base);
18 USC § 922(g) (Felon in Possession).

Date: 08/05/2022

2022.08.05 09:13:11 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.    Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 08/05/2022, and the person was arrested on *(date)* 08/08/2022
at *(city and state)* Washington DC.

Date: 08/08/2022

*Arresting officer's signature*

Michael Tantilo  DUSM
*Printed name and title*